IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MATTHEW DUCKWORTH, individually and on behalf of all others similarly situated, | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 9:26-CV-00262<br>JUDGE MICHAEL J. TRUNCALE |
| NACOGDOCHES MEMORIAL HOSPITAL DISTRICT d/b/a NACOGDOCHES MEMORIAL HOSPITAL, | § | |
| *Defendants.* | § | |

## ACKNOWLEDGEMENT OF NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Court has received Plaintiff's Notice of Voluntary Dismissal with Prejudice filed in the above-styled matter. [Dkt. 10]. Plaintiff hereby dismisses his claims against Defendant with prejudice. Plaintiff further advises that all claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Accordingly, the Court **ACKNOWLEDGES** that Plaintiff's claims filed against Defendant in this matter are hereby **DISMISSED WITH PREJUDICE**, effective the date of the filing of the notice. The Court further **ACKNOWLEDGES** that all claims of any unnamed member of the alleged class are hereby **DISMISSED WITHOUT PREJUDICE**, effective the date of the filing of the notice.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 11th day of September, 2026.**

Michael J. Truncale
United States District Judge